[No. 7,729.—Department One.]

## GEORGE WARD v. THE SUPERIOR COURT OF MARIN COUNTY ET AL.

UNDERTAKING ON APPEAL—JUSTICE'S COURT.—On appeal from a judgment in a Justice's Court, one of the conditions of the undertaking was, that the appellant would pay all costs recovered against him in the appellate court.

*Held*, That neither the circumstance that the amount of the bond was more than one hundred dollars, nor the circumstance that it was insufficient in amount to operate a stay of execution, rendered the appeal ineffectual.

APPLICATION for a writ of certiorari to the Superior Court of Marin County.  BOWERS, J.

*J. L. Love*, for Plaintiff.

*J. McM. Shafter*, for Defendants.

Ross, J.:

One of the conditions of the undertaking on appeal was, that the appellant would pay all costs recovered against him in the appellate court.  Neither the circumstance that the amount of the bond was more than one hundred dollars, nor the other circumstance, that it was insufficient in amount to operate a stay of execution, rendered the appeal ineffectual.

Writ denied and proceedings dismissed.

McKINSTRY, J., and McKEE, J., concurred.